IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

Filed at 2:30 P M
DATE 4-11-07
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| VS. | : CIVIL ACTION |
| | : NO. 5:06-CV-00179 |
| RONALD MILLER, | : |
| Defendant, | : |
| AND | : |
| SECURITY BANK, | : |
| Garnishee. | : |

## WRIT OF GARNISHMENT

GREETINGS TO:

    Security Bank
    Attn: Carolyn
    P.O. Box 1310
    Perry, GA 31069

An application for a Writ of Garnishment against the property of Ronald Miller, defendant, has been filed with this Court. A judgment has been entered against the above-named defendant in the amount of $70,417.70 (principal & interest) as of September 12, 2006, plus court costs and post judgment interest at the rate of 5%. A balance of $73,566.68 remains outstanding.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the debtor.

You must file the original written answer to this writ within ten (10) days of your receipt of this writ with the United States District Court at: 475 Mulberry Street, Suite 216, Post Office Box 128, Macon, Georgia 31202. Additionally, you are required by law to serve a copy of this answer upon the debtor at: P.O. Box 8522, Warner Robins, GA 31088, and upon the United States Attorney's Office, Attention: Donald L. Johstono, Assistant United States Attorney, Post Office Box 1702, Macon, Georgia 31202-1702.

Under the law, there is property which is exempt from this writ of garnishment. Property which is exempt and which is not subject to this Order is listed on the attached Claim For Exemption Form.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the Court for an Order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item withheld pursuant to this writ. <u>All monies or other property withheld by garnishee pursuant to this garnishment</u>

shall be made payable to the United States Department of Justice and mailed to the U.S. Attorney's Office, Middle District of Georgia, Financial Litigation Unit, Post Office Box 1702, Macon, Georgia 31202-1702. No monies or other property shall be forwarded to plaintiff until the court enters an order directing garnishee as to the disposition of the judgment debtor's non-exempt interest in such property.

SO ORDERED, this __11__ day of __APRIL__, 2007.

_____
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA